IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

MELISSA PANNONE,               )
                               )
          Plaintiff,           )     TC-MD 120789C
                               )
     v.                        )
                               )
DEPARTMENT OF REVENUE,         )
State of Oregon,               )
                               )
          Defendant.           )     **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was scheduled at 9:00 a.m. on January 7, 2013, to consider Plaintiff's appeal. On December 6, 2012, the court sent notice of the scheduled case management conference to Plaintiff at the email address Plaintiff provided to the court. The notice was not returned as undeliverable. The notice advised that if Plaintiff did not appear, the court might dismiss the appeal.

On January 7, 2013, the court sent Plaintiff a letter which explained the importance of diligently pursuing an appeal. That letter was not returned as undeliverable. The letter advised that if Plaintiff did not provide a written explanation by January 21, 2013, for her failure to appear, the court would dismiss the appeal. As of this date, Plaintiff has not submitted a written response to the court explaining her failure to appear at the January 7, 2013, case management conference. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

DECISION OF DISMISSAL  TC-MD 120789C                                        1

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ___ day of January 2012.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Dan Robinson on January 28, 2013. The Court filed and entered this document on January 28, 2013.*